■

**STATE of Minnesota, Respondent,**

v.

**Mitchell Ray GEROLD, Appellant.**

No. A10–1545.

Supreme Court of Minnesota.

June 6, 2012.

ORDER

Based upon all the files, records and proceedings herein, and upon an evenly divided court,

IT IS HEREBY ORDERED that the decision of the court of appeals filed March 15, 2011, be, and the same is, affirmed without opinion.

BY THE COURT:

/s/ _____
Lorie S. Gildea
Chief Justice

PAGE, J., took no part in the consideration or decision of this case.

Christine L. Tuft, Aaron D. Schmidt, Arthur, Chapman, Kettering, Smetak & Pikala, P.A., Minneapolis, MN, for respondents.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on December 14, 2011, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view", doing no more than establishing the law of the case).

BY THE COURT:

/s/ _____
Helen M. Meyer
Associate Justice

■

**Bradley J. KATZENBERGER, Relator,**

v.

**Kelly RAPH d/b/a Raph Construction and Acuity Mutual Insurance Company, Respondents.**

No. A12–0059.

Supreme Court of Minnesota.

June 7, 2012.

Jacob Robert Jagdfeld, Johnson Becker PLLC, Minneapolis, MN, for relator.